August First - 2017).

In The United States District Court's:
   301 West main Street).
   Benton Illinois, 62812).

17-851-SMY

Jerry Lee Lewis #B-20581   (Case No. 2016 CF-332
    Western Illinois, Correctional Center:
2500, Route #99 South
Mount Sterling Illinois, 62353;).

   Motion Concerning: Numerous Violation:

District Circuit Clerk:
   This Complaint: Continue from my first grievances).
Sent to your Department).

   Upon this Date: July 18th, 2017). I Mr. Lewis #B-20581, Are forced to Seek Justice). From a much higher Source). That on July 6th- 2017). I Lewis #B-20581 filed a grievance:). Due to I have been placed: plus are forced to stay in a none State funding facility)... Each prison officials: I have spoken with tells me the same Lies)... That this Institution Doesn't receive State funding). for providing it's prisoners with Hygene Items: proper clothing). Clean bedding: Adequate running hot water: for showering). Not to the point that it will take the paint right off my body). Which violates the Eighth Amendment).

Relief of Requested grievances). I need Hygene Items) clothing with buttons: Bedding not molded pissed out plus destroyed).

August first-2017).

Two of one;

I wasn't provided; state T. Shirts; I've been told to buy them with my state pay $14.40). I Lewis, have grew out all my boxers; That I now have to buy with my state pay). prison officials threaten to write me a ticket plus prisoner's are restricted from going to Eat). under cruel and unusual punishment). I Lewis, have been in mount sterling Illinois; January 12th-2017). And I have had only two hot shower's; for the last pass; seven months). Nothing but Ice cold showers). I Lewis # B-20581, has also, filed a grievance; upon Law-Librarian;) miss. olson; who appears that she doesn't has no type of Legal Experience). She's very rud with her tongue;). plus she are so very un-professional; At doing her Job)... She tells prisoners that they can't have copies of their legal papers; because the state doesn't give her enough money). Therefore; she tells the prisoners to go find a book And hand write their legal copies;). Because it's not her fault that we're in prison). So I Lewis #B-20581; filed a grievance in accordance with Discipline:). (or. 504). Also July 16-or17-2017). I Lewis #B20581 filed an grievance; In accordance with Grievance procedures). (DR.504F). (B). Grievance concerning the following shall be exempt from local; grievance procedures). Such grievances must be sent directly to the office of Inmate Issues;). (A.R.B); Decisions by the Transfer Coordinators office). protective Custody; placement; Involuntary; Administration of psychotropic medications disciplinary Issues; originating from a facility other than; the facility where offender is currently house). And decisions regarding personal property; Issues that occurred at a facility).

other than¨ where the Inmate is Currently housed). However these same individual¨ who has unlawfully taken an oath to protect plus uphold the laws of the united states). of American Citizens¨). They seems to be nothing more than unlawful thieves them selves). because I Lewis¨ has pointed out that the American people¨ whom has placed their trust within the System¨ It's Laws and policy of great Country Called America¨). The Land of the free). These American people's are also being Robbed plus lied too). Further¨). I Lewis #B-20581¨ has been doing time Since March 23rd-1992). And this are the first none profit Institution). That I've ever were forced to stay in). I've Lived better than this on the streets in poverty). Now if I could manage $15.00 per month¨ why in the Hell would I Jeopardize my freedom?). when I can make ends meet off a little nothing?). plus every SgT¨ LT¨ And Correctional·official tells me¨ that my State should cover¨ food¨ Hygene¨ clothing¨ shoes¨ sock¨ Boxers T.Shirts¨ Hot pot¨ fan¨ plus health Care¨ where I do not go¨ unless they call me). or I'm almost dead). I don't have no out side family any way). so whether I live or die¨ It doesn't really matter).    Therefore to my own legal Compre- hendion¨ I've been Educated that state pay for each prisoner who's Incarcerated¨). A brother came to my Aid¨ so I can have Hot water¨). He asked his hard working¨ Taxes paying wife¨ who faithfully pays her Taxes each year to please send me). $20.00 Dollars).

four of on

upon thee:: Date plus time:: I MR. Lewis #B-20581:: feels the strongest need In filing this grievance)... When I first Arrived here at MOUNT. Sterling Correctional Center::). I weighed Approximately 160 pounds). This however:: were January 12th 2017). Todays Date July 6th-2017). According to Health Care medical Records:: I now weigh In about 206 pounds). Now that I MR. Jerry Lee Lewis #B-20581). Has picked up Some 46 pounds prison official). Three of now:: I have Spoken with Claimes that this facility will no Longer provide::). My Clothing plus Hygenes... No personal needs). while speaking to Some of MT. Sterling finest). Lieutenants I'm to fully Comprehend:: That the State of Illinois::). Can no longer:: provide me:: with Items Required by the united states District Courts). I MR. Lewis #B-80581:: have been told to use my $15.⁰⁰ per-month State pay which leaves me with no other option but to Address:: The Capital of Spring field). In much Reguard as to why have they Deliberately forced me into an State facility that's suffers A more poverty:: which I endured while living on the streets):: I therefore:: believe that Spring field). Shall open up It's Investigation:: In much Comprehending of why this prison Are So poorly Runned). (maintain) added. plus also un-able to maintain It's Legal:: Obligation:: Set forth:: by Spring field). provided by united state's District Court's). Further-more:: State and federal Laws prohibit:: State officials::). From using:: Bathing:: Clothing fuel plus:: medical Treatment::). As Corporal punishment). However:: I MR. Lewis #B-20581:: has been doing time since march 23rd-1990).

I have dwell in Ten or fifteen:) other Institutional facilities). This place are the worse state facility I've ever seen:) with no state funding). I always thought that there were no place worse than menard:). menard Right today provides their prisoners:) with soap:) Tooth paste:) Deoderant:) socks:) Boxers:) plus T. Shirts). menard passes out these ITems whether a prisoner:) Have out side Support or not). I on the other hand has nothing plus no one:). No type of financial Support). The only means of financial Survival Are my state pay). And prison officials wants that)... Alone with state grants for all state Institutional/Facilities for Incarcerated Humanitarians). I am going to the Law library And follow all proper:) procedures..... I Lewis #B-20581:) would like a Copy sent to Springfield:) And then the U.S. District Court). The Reason that:) I Lewis #B20581). Are Sending you Copies of this filed grievance is because:) prison official's of mount-Sterling Correctional Center:) Are Stealing Legal mail:) my filed grievances:) when I written my first three grievances they were picked up by prison:) Staff). Although I am unable to Identify the Individual staff). He were our wing officer at that time). Date 7-6-17). 7-9-17). plus 7-16-17). mail pick up between 9:30pm). until midnight)... I Seen a staff:) picking up the mail:). But I didn't get a good look:). This facility Are power Stricking:) plus they enforce Corporal punishment).

Relief of Request of Grievances).
I will like to know:) Can I be Transferred).
This Institution:). prison officials). will write a prisoner:) A ticket:) Hear the ticket themselves).

six of one:!

Tell the prisoner:: what punishment:: He's going to received. And the hearing officer:: goe's with what ever the person Says who wrote the Ticket). Some of these prison official's don't even write a ticket). They will call over to Commissary:: And take a prisoner store). And for a prisoner:: who gets a ticket:: they Automatically goe's from A-grade right to C-grade). Then the Justice Committed uses procedures for the prisoner to get back into proper grade). John Howard Association of Illinois Came down to mounT. Sterling:: So I have written them a three page letter (qustion). what's the purpose of them having a Survey?). If nothing ever Changes?). Only that they Causes:: warden pharaoh heart to become even more hardened:: And he inturn Inflick more abuse upon his prisoners). See It's not like your Department doesn't already know what's take place behind these prison walls). But the verest Rules :: Regulation which prisoner's are forced to follow::). Are the same:: Rules Regulation:: That our united State's Constitution are being destroyed by those::). who has stood before God And man). plus have promised under oath to uphold all state plus federal laws). Also to protect And serve it's American citizens). Further). I'm not the smartest person:: dwelling behind these prison walls of the Department of Correction). but in order for a Criminal to Respect the law). He must Learn from a law abidding person:). How Can you teach me that it's wrong to Steal::?). When I'm watching:: those who promised to protect American Citizens). Are also taken::). (Stealing from those). Also further). prison official's eat's real food:: while prisoner's Are forced too Eat Boy:: or Ramen Noodle soup).

Illinois Law Clearly State's: that prisoner's Shall receive food At least three times a day:). well Cooked: plus in Full serving). unless your Department Come down here And watch over these people's). Like they're getting paid to over-see us prisoners:). It's not going to happen). These people Can: write up a food menu: Saying that they are Serving us: stakes and eggs: And that we're Living: Like King's:). This is the Lie: being Transferred to Springfield: And Springfield: Translate this Lie: To the public: American citizens: plus Taxes payers like them selves). But I Lewis #13-20581 have a question). Concerning these false Allegations). How Can a none funding facility with out any State budgets:? provide over two thousand prisoner s: Daily with such protein foods)?. According to Illinois, State Law). prisoner's Are Entitled to Nutritionally adequate food:). Ramos vs. Lamm,). 639. 2d 559, 1980). According to Illinois Law,. Infliction of un-necessary suffering upon prisoner's by failure to treat his medical needs is Inconsistent with Contemporary standards). of decency plus violates: The Eight Amendment"). (key Note 7. Criminal Law 1213). The Justification for the switch from beef to Soy is to save money). But according to one Court case:). A lack of financing is not a defense to a failure to satisfy minimum Constitutional standards in prisons). Duran vs. Anaya, 642, sup. 510 (DNM 1986). page 525 paragraph six).
(question added).
what does It means: when a state Judge Say's mR. Jerry Lee Lewis you are hereby Awarded too, Thee Department of Correction).

I mr. Jerry Lee Lewis #B20581

Have spoken with Each prison official, working Housing unit three). Also lieutenant, And major). All are in violation of Grievance procedures (DR 504F). I have written warden watson Also, my Housing unit counselor: who first sent me a memo saying that he has my filed grievances: then eleven days later July 28 he sends me another memo, saying I'm living in an fairy tale, And not providing grievances Request slip E.T.C. As Legal Document's Are not a crime). plus he works for the state who pays him Not me). Since my grievances has been Stolen Jully six). And miss. michele olson, have stolen my money from my state pay... I Lewis #B-20581 has been restricted from filing grievances And when I do file a grievance It gets stolen). I have also written spring field no Reply. I Lewis Can't even Contact my Court because I am prohibit from doing so. There hasn't been grievance provided since July 6 but the law requires that a prisoner has a right to file a grievance: How can the same laws which takes away my freedom?), protects other unlawful Criminals?), what will the District Court do for my unJustice)? These people don't provide Hygene - proper clothing bedding nothing

please Help... I hope this letter doesn't get stolen).

Jerry Lee Lewis #B20581

JERRy Lee Lewis #B-20581☺
Western Illinois, Correctional Center☺
2500, Route #99 South ☺
mount Sterling Illinois, 603530☺

**MAIL CLEARED
US MARSHALS**

Legal mail

THIS
CORRESPONDENCE
IS FROM INMATE OF
IDOC

IN The United States District Court's ☺,
301 West main Street ☺,
Benton Illinois, 62812☺.

Hasler
US POSTAGE
FOREVER
USA 1673353
1673363

6201331362  C006

RECEIVED
AUG 10 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

